U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 24 2017

TONY R. MOORE, CLERK
BY: _____ MB
        DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| SANAT V. SANGHANI, M.D., LLC | CIVIL ACTION NO. 1:15-CV-02886 |
| VERSUS | CHIEF JUDGE DRELL |
| UNITED HEALTHCARE SERVICES, INC., *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that United Healthcare's motion to dismiss Sanghani's claims (Doc. 26) is GRANTED IN PART AND DENIED IN PART.

IT IS ORDERED that Sanghani's ERISA claims are DISMISSED WITHOUT PREJUDICE for lack of exhaustion.

IT IS ORDERED that Sanghani's state law claim is REMANDED to the Louisiana Ninth Judicial District Court in Rapides Parish.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 23rd day of MARCH, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE